# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRUCE L. JENNINGS,

                 **Plaintiff,**

-vs-                               **Case No.  6:08-cv-833-Orl-31GJK**

MICHAEL MUKASEY, ATTORNEY
GENERAL OF THE UNITED STATES,
UNITED STATES ATTORNEY'S OFFICE
FOR THE MIDDLE DISTRICT OF
FLORIDA, ROBERT O'NEILL, UNITED
STATES ATTORNEY FOR THE MIDDLE
DISTRICT OF FLORIDA,

                 **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Motion for Voluntary Dismissal without Prejudice (Doc. No. 30), which is unopposed by the government, and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the Motion is GRANTED and this case is dismissed without prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  This case is removed from the December 2009 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 12, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party